UNITED STATES v. GOUCHENOUR et al. (Circuit Court of Appeals, Sixth Circuit. January 7, 1903.) No. 1,101. In Error from the District

Court of the United States for the Eastern District of Tennessee. Wm. D. Wright, for plaintiff in error. Shields & Mountcastle, Shoun & Susong, and W. J. McSween, for defendants in error. Dismissed.